UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
LUCAS, Richard C. &  
LUCAS, Donna L.

Case No.: 20-16437  
Chapter: 7  
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
> United States Bankruptcy Court Clerk
> Clarkson S. Fisher U.S. Courthouse
> 402 East State Street
> Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle,___ on ___July 28, 2020___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
> 147 Riverview Road
> Phillipsburg, New Jersey 08865
>
> FMV = $190,000

Liens on property:
> Lien = $144,000
>
> Minus 10% Cost of Sale

Amount of equity claimed as exempt: $22,914

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-16437-CMG
Richard C Lucas                                                         Chapter 7
Donna L Lucas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1            Date Rcvd: Jun 23, 2020
                               Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db/jdb          +Richard C Lucas,    Donna L Lucas,    147 Riverview Road,    Phillipsburg, NJ 08865-3525
518831421        Capital One/Walmart,    PO Box 4069,    Carol Stream, IL 60197-4069
518831425        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
518831428        TD Bank, N.A.,    ATTN: Weltman, Weinberg & Reis Co.,    PO Box 93784,    Cleveland, OH 44101-5784

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2020 23:40:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2020 23:40:44    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518831423        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 23 2020 23:40:51     Honda Financial Services,
                 PO Box 7829,   Philadelphia, PA 19101-7829
518831424        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:48:10     JC Penney/Synchrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
518831422        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 23 2020 23:48:12
                 Chase Freedom Unlimited,    PO Box 1423,    Charlotte, NC 28201-1423
518831426       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 23 2020 23:40:58     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
518832385       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:13     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518831427        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 23:47:13     Synchrony Bank/Care Credit,
                 PO Box 960061,    Orlando, FL 32896-0061
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Scott M. Wilhelm    on behalf of Joint Debtor Donna L Lucas maddid@wwgrlaw.com,
               G27019@notify.cincompass.com
              Scott M. Wilhelm    on behalf of Debtor Richard C Lucas maddid@wwgrlaw.com,
               G27019@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6