| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Richard C Lucas** | Social Security number or ITIN   xxx–xx–8310 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Donna L Lucas** | Social Security number or ITIN   xxx–xx–4690 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   **20–16437–CMG** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard C Lucas

Donna L Lucas

8/28/20

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 20-16437-CMG
Richard C Lucas                                                     Chapter 7
Donna L Lucas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1              Date Rcvd: Aug 28, 2020
                             Form ID: 318          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
```
db/jdb            +Richard C Lucas,    Donna L Lucas,    147 Riverview Road,   Phillipsburg, NJ 08865-3525
518831421          Capital One/Walmart,   PO Box 4069,   Carol Stream, IL 60197-4069
518831425          PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
518831428          TD Bank, N.A.,    ATTN: Weltman, Weinberg & Reis Co.,    PO Box 93784,   Cleveland, OH 44101-5784
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2020 01:45:05     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:45:00     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518831423          EDI: HNDA.COM Aug 29 2020 04:58:00     Honda Financial Services,   PO Box 7829,
                   Philadelphia, PA 19101-7829
518831424          EDI: RMSC.COM Aug 29 2020 04:58:00     JC Penney/Synchrony Bank,   PO Box 960090,
                   Orlando, FL 32896-0090
518831422          EDI: JPMORGANCHASE Aug 29 2020 04:58:00     Chase Freedom Unlimited,   PO Box 1423,
                   Charlotte, NC 28201-1423
518831426         +E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2020 01:45:23     Quicken Loans,
                   1050 Woodward Avenue,   Detroit, MI 48226-1906
518832385         +EDI: RMSC.COM Aug 29 2020 04:58:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
518831427          EDI: RMSC.COM Aug 29 2020 04:58:00     Synchrony Bank/Care Credit,   PO Box 960061,
                   Orlando, FL 32896-0061
                                                                                  TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
```
              Denise E. Carlon   on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
                NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Scott M. Wilhelm   on behalf of Joint Debtor Donna L Lucas kathleenc@wwgrlaw.com,
                G27019@notify.cincompass.com
              Scott M. Wilhelm   on behalf of Debtor Richard C Lucas kathleenc@wwgrlaw.com,
                G27019@notify.cincompass.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 6
```